# IN THE COURT OF APPEALS OF IOWA

———————————

No. 25-0047
Filed June 24, 2026

———————————

**State of Iowa,**
Plaintiff–Appellee,

v.

**Travion Aumed Jefferson-Collins,**
Defendant–Appellant.

———————————

Appeal from the Iowa District Court for Scott County,
The Honorable Thomas G. Reidel, Judge.

———————————

**AFFIRMED**

———————————

Thomas M. McIntee, Williamsburg, attorney for appellant.

Brenna Bird, Attorney General, and David Banta, Assistant Attorney
General, attorneys for appellee.

———————————

Considered without oral argument
by Schumacher, P.J., Chicchelly, J., and Bower, S.J.
Opinion by Bower, S.J.

**BOWER, Senior Judge.**

Travion Jefferson-Collins was convicted after a jury trial for eluding in excess of twenty-five miles per hour over the speed limit and driving while barred. The evidence provided at trial was the testimony of the police officer who identified Jefferson-Collins as the driver, and his dash-cam and body-cam videos. Jefferson-Collins stipulated that, at the relevant time, his driving status was "barred as [a] habitual offender."

Jefferson-Collins makes an assortment of claims, arguing the State failed to prove the elements of the traffic offenses. But Jefferson-Collins cites no legal authority in support of any of his arguments; the authority cited is limited to his brief sections on error preservation and standard of review. "Failure to cite authority in support of an issue may be deemed waiver of that issue." Iowa R. App. P. 6.903(2)(a)(8)(3). His other argument questions the reliability of the officer's testimony. Jefferson-Collins points to no legal error, nor any persuasive authority, that would have us override the jury's credibility determination and resulting verdict. Finding his arguments generally waived, we affirm.

**AFFIRMED.**